IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                                                           Case No. 1:16-cr-4219-JMC

v.

CARLITO QUINTANA,

    Defendant.

### ORDER GRANTING SECOND UNOPPOSED MOTION
### TO CONTINUE SENTENCING HEARING

On June 13, 2018, Defendant filed a Second Unopposed Motion to Continue Sentencing Hearing. In that motion, Defendant's counsel states that he has committed to be an adult leader at the Chris Dobbins Boy Scout Camp from June 17–23, 2018. The sentencing hearing in this matter currently is scheduled on June 20, 2018. Defendant's counsel represents that the United States does not oppose the motion to continue the sentencing hearing in this matter.

FOR GOOD CAUSE SHOWN, this Court GRANTS Defendant's Second Unopposed Motion to Continue Sentencing Hearing (Doc. 56) and CONTINUES GENERALLY Defendant's Sentencing Hearing.

IT IS SO ORDERED.

                                                                 Entered for the Court
                                                                 this the 14th day of June, 2018

                                                                 /s/ Joel M. Carson III_____
                                                                Joel M. Carson III
                                                                United States Circuit Judge
                                                                Sitting by Designation