IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 1:16-cr-4219-JMC

v.

CARLITO QUINTANA,

    Defendant.

## **ORDER GRANTING MOTION TO DISMISS COUNTS 2 AND 3 OF INDICTMENT**

On August 1, 2018, the United States filed an Unopposed Motion to Dismiss Counts 2 and 3 of the Indictment. In that motion, the United States states that under the terms of the plea agreement, the United States agreed to dismiss Counts 2 and 3 of the Indictment in this cause as to Defendant Carlito Quintana. The United States represents that the Defendant does not oppose the motion to dismiss Counts 2 and 3 of the Indictment.

FOR GOOD CAUSE SHOWN, this Court GRANTS Defendant's Unopposed Motion to Dismiss Counts 2 and 3 of the Indictment (Doc. 59) and DISMISSES Counts 2 and 3 of the Indictment (Doc. 12).

IT IS SO ORDERED.

Entered for the Court
this the 3rd day of August, 2018

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation